**SIGNED.**

Nicholas I. Fuerst AZBAR #16184  
1930 S. Alma School Road  
Suite B-1112  
Mesa, AZ 85210  
(480) 755-4242  
(480) 755-0658  
Nicholas.Fuerst@azbar.org

**Dated: September 30, 2010**

_____  
**JAMES M. MARLAR**  
**Chief Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Case No.: 4:10-bk-05182-JMM |
| | ) |
| Joshua McDade | ) AS TO DEBTOR JOSHUA MCDADE ONLY |
| | ) ORDER REINSTATING AND |
| And | ) CONVERTING CASE FROM CHAPTER 13 |
| | ) TO CHAPTER 7 |
| Jody McDade | ) |
| | ) |
| Debtors. | ) |
| _____ | ) |

The Debtor's motion to reinstate and convert having come before the Court, for the reasons stated in Debtor's motion and for good cause shown, IT IS HEREBY

ORDERED that the Joshus McDade's case is REINSTATED, and it is

ORDERED that the Joshus McDade's case is converted to Chapter 7.

WHEREFORE, the Debtor's pray for relief under Chapter 7 of the Bankruptcy Code.

Dated _____   _____  
U.S. Bankruptcy Judge